UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61528-CIV-ZLOCH
07-1348-BKC-RBR (ADVERSARY PROCEEDING)
05-22912-BKC-RBR (CHAPTER 11)

In re: CERTIFIED HR SERVICES
COMPANY, f/k/a THE CURA GROUP,
INC.

    Debtor
_____/

SWIFT INTERMEDIARIES LIMITED        **ORDER WITHDRAWING BANKRUPTCY**
                                         **REFERENCE FOR SOLE PURPOSE OF**
    Movant,                             **TRIAL AND STAYING ACTION**

vs.

JAMES S. FELTMAN, Chapter 11,
Trustee of Certified HR Services
Company f/k/a The Cura Group, Inc.

    Respondent,
_____/

    THIS MATTER is before the Court upon the Parties Joint Stipulation Regarding Plaintiff Swift Intermediaries Limited Motion To Withdraw Reference From Bankruptcy Court To The United States District Court (DE 3). The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Parties Joint Stipulation Regarding Plaintiff Swift Intermediaries Limited Motion To Withdraw Reference From Bankruptcy Court To The United States District Court (DE 3) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The automatic reference for Bankruptcy Adversary Case styled

James S. Feltman Chapter 11 Trustee of Certified HR Service v. Swift Intermediaries Limited, Case No. 07-1348-BKC-RBR is hereby withdrawn for the for the sole and limited purpose of conducting a trial in this matter on all counts of the Complaint and allow the bankruptcy court to conduct all pre-trial matters including discovery and any dispositive motions;

    3.  The Clerk of this Court is hereby **DIRECTED** to close for statistical purposes the above-styled cause Swift Intermediaries Limited v. James S. Feltman Chapter 11 Trustee of Certified HR Service, Case No. 07-61528-CIV-WJZ, pending trial in the above-styled cause;

    4. The Parties to this action shall file a status report with the clerk of this Court every three months from the date of this Order;

    5. This case shall be re-opened upon motion of either party or the Court's own motion if circumstances change so that this action may proceed to final disposition through a trial; and

    6. This Order shall not prejudice the rights of the parties to this litigation.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of MAY, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

The Honorable Raymond Ray
United States Bankruptcy Court
For the Southern District of Florida

All Counsel of Record

2